■ In the Matter of the Claim of WILAMINA M. HARTWELL, Respondent, v. A. FRANK WHITMAN, Doing Business as VALLEY HOTEL, Respondent, and GENERAL ACCIDENT FIRE AND LIFE INSURANCE CORPORATION, LTD., Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.